In the Matter of the Application of THE CITY OF ROCHESTER to Acquire Land for the Rochester Rapid Transit and Industrial Railroad Connection with the Rochester, Lockport and Buffalo Railroad, in Said City.— Motion denied, without costs, upon condition that appellant shall be ready to argue the appeal at the opening of the March, 1927, term of this court.     Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED H. ASHWORTH and HARRY ASHWORTH, Defendants.— Time for argument of the appeal herein extended to March 10, 1927, and certificate of reasonable doubt heretofore granted herein continued in force until the hearing and determination of the appeal, provided that the argument of said appeal be heard not later than March 10, 1927. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ANNA L. BULL, Respondent, v. EDWARD F. BULL, Appellant.— Appeal dismissed, without costs, upon stipulation filed.     Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.     .

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LILLIAN GHOSEN, Appellant.— Certificate of reasonable doubt extended until the hearing and determination of the appeal herein, upon condition that the appeal shall be argued on or before the 11th day of March, 1927.     Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JOSEPH INGOGLIA and Another, Appellants, v. HYMAN S. TANENBAUM and Another, Respondents.— Motion denied.     Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

HENRY E. JOSLYN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.     Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of Proving the Last Will and Testament of HELEN M. GRIDLEY, Deceased.— Motion granted, unless the appellants shall file and serve the printed papers and printed briefs on appeal herein on or before February 15, 1927.     Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

ANDREW SKIBINSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted, unless the appellant shall file and serve the printed papers and printed briefs on appeal herein on or before the 1st day of March, 1927.     Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

THE FRANKELITE COMPANY, Appellant, v. GRACE V. BRAGG, Respondent.— Appeal dismissed, without costs, upon stipulation filed.     Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.